■ MARY LIFF, as Administratrix of the Estate of MAX LIFF, Deceased, et al., Plaintiffs, v. VULCAN IRON WORKS, INC., et al., Defendants. VULCAN IRON WORKS, INC., et al., Third-Party Plaintiffs-Appellants, et al., Third-Party Defendants; 1210 30TH AVENUE CORP. et al., Third-Party Defendants-Respondents.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.